DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 166P12 | State v. William Arthur Brown | Def's *Pro Se* Motion for Emergency *Writ* Motion for Immediate Release | Denied **05/04/12** |
|---|---|---|---|
| 169P12 | Diane K. Troum, Inc. v. Amini Innovation Corporation | 1. Def's Motion for Temporary Stay (COA11-1045)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **04/18/12**; Dissolved the Stay **06/13/12**<br><br>2. Denied<br><br>3. Denied |
| 170P12 | In the Matter of: Lorenzo Richardson | Respondent's PDR Under N.C.G.S. § 7A-31 (COA11-1124) | Denied |
| 171P12 | State v. Dong Jin Kim | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA11-963)<br><br>2. Def's Motion to Amend PDR | 1. Denied<br><br>2. Allowed |
| 172P12 | State v. Clinton Jackson | Def's PDR Under N.C.G.S. § 7A-31 (COA11-959) | Denied |
| 173P12 | State v. Woody James Allison | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied **04/24/12** |
| 175P12 | State v. Aaron Pittman | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1114) | Denied |
| 177P12 | Irene Pait, Employee v. Southeastern General Hospital, Employer, North Carolina Insurance Guaranty Association, Statutory Insurer | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1286) | Denied |
| 180P12 | State v. Charles Audrey | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1155) | Denied |
| 181P12 | State v. Terrence Lamar Rucker | Def's PDR Under N.C.G.S. § 7A-31 (COA11-740) | Denied |
| 182P12 | McK Enterprises, LLC. v. Michael A. Levi and wife, Susan B. Levi | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA11-1070)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' Motion to Withdraw PDR | 1. - - -<br><br>2. Dismissed as Moot<br><br>3. Allowed |